UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY GRAND JURY 2007
FEBRUARY 20, 2008 SESSION

SEALED



FILED

FEB 2 0 2008

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 1:08-00040

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)

GILMORE RICHARDS
McKINEY EARLY

I N D I C T M E N T

The Grand Jury Charges:

## COUNT ONE

From at least January 2005, to on or about July 24, 2007, at or near Welch and Havaco, McDowell County, West Virginia, within the Southern District of West Virginia and elsewhere, defendants McKINEY EARLY and GILMORE RICHARDS, and other persons whose identities are both known and unknown to the Grand Jury, knowingly conspired to commit offenses in violation of 21 U.S.C. § 841(a)(1), that is, knowingly and intentionally to distribute quantities of oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about August 13, 2005, at or near Havaco, McDowell County, West Virginia, and within the Southern District of West Virginia, defendant GILMORE RICHARDS knowingly and intentionally distributed a quantity of cocaine base, also known as "crack," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

**COUNT THREE**

On or about April 8, 2006, at or near Havaco, McDowell County, West Virginia, and within the Southern District of West Virginia, defendant McKINEY EARLY knowingly and intentionally distributed a quantity of oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

CHARLES T. MILLER
United States Attorney

By:    _____
MILLER A. BUSHONG III
Assistant United States Attorney