# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Bluefield

Date: 5/19/2008                                    Case Number 1:08-cr-40

Case Style: USA vs. McKiney Early

Type of Hearing Plea Hearing

2515-Johnston

Court Reporter Ayme Cochran                        Courtroom Deputy Kierstin Tudor

Attorney(s) for the Plaintiff or Government Miller Bushong

Attorney(s) for the Defendant(s) Jason Parmer

Law Clerk Will Ballard                             Probation Officer Teresa King

---

### Trial Time

---

### Non-Trial Time

Plea Hearing

### CourtTime

2:09 pm    to 2:40 pm
Total Court Time: 0 Hours 31 Minutes Non-Trial Time/Uncontested Time

### Courtroom Notes

Scheduled Start 2:00 p.m.
Actual Start 2:09 p.m.

Defendant present in person and by counsel.
Defendant placed under oath.
Court finds Defendant competent to go forward.
Mr. Bushong summarizes plea agreement.
Court defers acceptance of plea agreement but orders original plea agreement filed.
Defendant waives reading of Indictment.
Court reads statute with which Defendant is charged.
Defendant advised of elements of offense which Government would have to prove at trial.
Defendant advised of the penalties which may apply based upon the plea.
Defendant advised of right to plead not guilty, to remain silent, and to stand trial.
Court asks Government to provide factual basis for the plea.
Government calls JOSE CENTENO; oath given.
Direct by Mr. Bushong.
Court calls upon Defendant to enter a plea.
Defendant pleads guilty to Count Three of the Indictment, and executes written guilty plea form.
Court finds Defendant is competent and capable of entering an informed plea.
Court finds Defendant's plea to be voluntary.
Court finds that Defendant understands the consequences of the plea.
Court finds that Defendant understands the rights being given up.
Court finds sufficient factual basis for Defendant's plea.
Court accepts plea.
Court defers adjudging Defendant guilty until the time of sentencing.
Defendant remanded pending sentencing.

# District Judge Daybook Entry

Sentence set for September 15, 2008, at 2:00 p.m., in Beckley.
Court recessed at 2:40 p.m.