**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**BLUEFIELD DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                    CRIMINAL ACTION NO. 1:08-cr-00040-02

MCKINEY EARLY,

Defendant.

**WITNESS LIST**

| Date | Pl. No. | Witness | Date | Def. No. | Witness |
|---|---|---|---|---|---|
| 05/19/08 | 1 | Jose Centeno | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |